IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT JACKSON

FILED BY ___pb___ D.C.
99 FEB 18 PM 4:08

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, JACKSON

| | |
|---|---|
| GARY ARNETT, SHELLY ARNETT and JOHN PAUL ARNETT, by next friend GARY ARNETT,<br><br>   Plaintiffs,<br><br>v.<br><br>GARY MYERS, as executive director of the Tennessee Wildlife Resources Agency, ROBERT STERCHI, CURTIS KING, JOHN SMOLKO, JR., RAY BELL, EARL BENTZ, TOM HENSLEY, BEVERLY WHEELER JOHNSON, MARTHA KINDLE, WINSTON PANNELL, CHARLES PEAVEYHOUSE, G.L. TEAGUE, DAN WHEELER, and MILTON HAMILTON, JR., as members of the Tennessee Wildlife Resources Commission; and HAROLD HURST, GARY COOK, ROBERT BAKER, PAUL BROWN and RONNIE CAPPS, individually,<br><br>   Defendants. | Civ. No. 1-98-1263 |

## AGREED ORDER
## FOR STAY OF DISCOVERY

By agreement of the parties, as evidenced by the signatures of their attorneys below, it is hereby ordered that all discovery in this matter is stayed pending resolution of defendants' motion for summary judgment. If defendants' motion is denied, all disclosure and discovery deadlines will be adjusted accordingly.

IT IS SO ORDERED.

This document entered on docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on ___2-19-99___.

51

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

2/18/99
DATE _____

APPROVED FOR ENTRY:

_____
ELIZABETH P. McCARTER (#10531)
Senior Counsel
Office of the Attorney General
425 Fifth Avenue North
Second Floor Cordell Hull Building
Nashville, TN 37243-0490

Counsel for Defendants

_____  /by EPMcC w/permission
LANCE E. WEBB  (# 15719)
Vanedda Prince  (# 15710)
Fowler, Prince & Webb
P. O. Box 26
Union City, TN 38281

Counsel for Plaintiffs Gary and Shelly Arnett

_____ /by EPMcC w/permission
CHARLES P. RONEY  (#9838)
234 South First Street
Union City, Tennessee 38261

Counsel for Plaintiff, John Paul Arnett

21012/IC02EPM/