# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Eastern Division

**JUDGMENT IN A CIVIL CASE**

FILED BY ___ D.C.

00 JAN -6 PM 4:43

ROBERT R. DI TROLIO
U.S. DIST CT
W.D. OF TN JACKSON

GARY ARNETT, SHELLY ARNETT,
and JOHN PAUL ARNETT, by next
friend, GARY ARNETT

VS.                                     CASE NUMBER: 98-1263

GARY MYERS, as executive director of
the TENNESSEE WILDLIFE RESOURCES
AGENCY, et al

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** This action came to consideration before the Court. The issues have been considered and A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that in compliance with the order entered on 10/21/99, which partially granted Defendant's motion for summary judgment, and the order entered on 1/4/00, this case is hereby DISMISSED.

APPROVED:

_/s/ James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

ROBERT R. DI TROLIO
CLERK

1-6-2000
DATE

BY: _/s/ Glenda Nelson_
DEPUTY CLERK

This document entered on the docket sheet in Compliance
with Rule 58 and/or 79(a) FRCP on  1-7-00

68