IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

03 APR 18 PM 4:23

ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

GARY ARNETT, SHELLY ARNETT, and
JOHN PAUL ARNETT, by next friend
GARY ARNETT,

    Plaintiffs,

v.

No. 98-1263

GARY MYERS as Executive Director
of the Tennessee Wildlife Resources
Agency, et al.,

    Defendants.

## ORDER DIRECTING PARTIES TO ENGAGE IN MEDIATION

The parties in this matter are hereby directed to schedule and participate in private mediation on or before October 1, 2003. With respect to such mediation, the parties may utilize those persons included on the court's mediation panel. Following the mediation, the parties will report to the court as to its outcome.

IT IS SO ORDERED this 18th day of April, 2003.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 4-18-03

96

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 96 in case 1:98-CV-01263 was distributed by fax, mail, or direct printing on April 18, 2003 to the parties listed.

Robert M. Fargarson
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103

Charles H. Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302

Charles P. Roney
LAW OFFICE OF CHARLES PERRY RONEY
P.O. Box 542
234 First St.
Union City, TN 38281

Honorable J. Breen
US DISTRICT COURT