IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE AT JACKSON

04 OCT 15 AM 11: 49

ROBERT DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

| | | |
|---|---|---|
| JAMIE HAMILTON, AND WIFE, BONNIE HAMILTON, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 1-97-1261-B |
| GARY MYERS, AS EXECUTIVE DIRECTOR OF THE TENNESSEE WILDLIFE RESOURCES AGENCY, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| GARY ARNETT, SHELLY ARNETT, and JOHN PAUL ARNETT, by next friend, GARY ARNETT, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | 98 No. 1-~~97~~-1263-B |
| GARY MYERS, AS EXECUTIVE DIRECTOR OF THE TENNESSEE WILDLIFE RESOURCES AGENCY, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

### ~~(PROPOSED)~~ ORDER GRANTING
### JOINT STIPULATED MOTION TO PARTIALLY CONSOLIDATE
### AND FOR CONTINUANCE

Before the Court is the parties' joint motion to consolidate the water level and property line issue of both of these cases for trial at the same time, and to continue the trial date for <u>Arnett, et al. v. Myers, et al.</u>, to a date after January 31, 2005. It appearing that the parties have agreed to this motion, and for other good cause shown, the motion is hereby GRANTED. A scheduling conference will be held on _____,

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  10/15/04

97-1261 = 138

98 = 1263 = 109

~~2004~~ in order to establish the date for the trial of the consolidated issue, as well as the date for the subsequent trial of the remaining issues in case No. 1-97-1263.

J. Daniel Breen
United States District Judge

495530.1

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 109 in case 1:98-CV-01263 was distributed by fax, mail, or direct printing on October 15, 2004 to the parties listed.

Charles H. Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Robert M. Fargarson
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

Sara Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Charles P. Roney
LAW OFFICE OF CHARLES PERRY RONEY
234 First St.
Union City, TN 38281--054

Honorable J. Breen
US DISTRICT COURT