IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JAMIE HAMILTON, and wife, <br> BONNIE HAMILTON <br><br> Plaintiffs, <br><br> VS. <br><br> GARY MYERS, as Executive Director of the Tennessee Wildlife Resources Agency, et al, <br><br> Defendants. <br><br> AND <br><br> GARY ARNETT, SHELLY ARNETT, and JOHN PAUL ARNETT, by next friend, GARY ARNETT, <br><br> Plaintiffs, <br><br> VS. <br><br> GARY MYERS, as Executive Director of the Tennessee Wildlife Resources Agency, et al., <br><br> Defendants. | NO. 1-97-1261-B <br><br><br><br><br><br><br><br><br><br><br><br><br><br> NO. 1-98-1263-B |

## ~~PROPOSED~~ ORDER GRANTING LEAVE TO FILE REPLY BRIEF

This matter came to be heard before the Court on the _10th_ day of _May_, 2005, wherein the Court finds that the Defendant's Motion is well-taken,

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __5/11/05__

156

IT IS, THEREBY, ORDERED that the Defendants are granted leave of Court to file a Reply Brief to the Plaintiffs' Responses to Defendants' Motion for an Order Compelling the Joinder of a Necessary Party within ten (10) days from the entry of this Order.

ENTER this the ___10th___ day of ___May___, 2005.

_____S. Thomas Anderson USMJ_____
~~J. DANIEL BREEN, DISTRICT JUDGE~~

APPROVED FOR ENTRY:

SPRAGINS, BARNETT, COBB & BUTLER, PLC

By: _____
CHARLES H. BARNETT #8721
CLINTON H. SCOTT #23008
Attorney for Defendants
P.O. Box 2004, 312 East Lafayette Street
Jackson, TN 38302
(731) 424-0461

## CERTIFICATE OF SERVICE

The undersigned certifies that at true copy of the foregoing has been served on:

Mr. Robert M. Fargarson
65 Union Ave., 9th Floor
P. O. Drawer 3543
Memphis, TN 38173-0543

Mr. Glen G. Reid
Wyatt, Tarrant & Combs
P.O. Box 775000
Memphis, TN 38177-5000

Ms. Gale Norton, Secretary of Interior
U. S. Department of Interior
1849 C Street, N.W.
Mail Stop: 7229 MIB
Washington, D.C. 20240-0001

Mr. Alberto R. Gonzalez, Attorney General
U. S. Department of Justice
950 Pennsylvania Avenue
Room B-103
Washington, D.C. 20530-0001

Mr. John Harrington
Regional Solicitor's Office
U. S. Department of Interior
75 Spring Street, SW, Suite 304
Atlanta, GA 30303

Mr. Terrell L. Harris
U.S. Department of Justice
800 Clifford David Federal Building
167 N Main Street
Memphis, TN 38103

by depositing the same in the United States Mail, postage prepaid, addressed as shown above, on the ___ day of May, 2005.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 156 in case 1:98-CV-01263 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Charles H. Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Robert M. Fargarson
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

Sara Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Charles H. Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Sara Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Robert M. Fargarson
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

Honorable J. Breen
US DISTRICT COURT