IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



GARY ARNETT, SHELLY ARNETT, and
JOHN PAUL ARNETT, by next friend
GARY ARNETT,

        Plaintiffs,

v.                                                        No. 98-1263

GARY MYERS as Executive Director
of the Tennessee Wildlife Resources
Agency, et al.,

        Defendants.

## ORDER OF REFERENCE

The above action is hereby referred to the Honorable S. Thomas Anderson, U.S. Magistrate Judge, for the purpose of conducting a settlement conference in August, 2005.

**IT IS SO ORDERED.**

         /s/ J. Daniel Breen
         J. DANIEL BREEN
         UNITED STATES DISTRICT JUDGE

         June 3, 2005
         DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 6/7/05

202

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 202 in case 1:98-CV-01263 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Charles H. Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Robert M. Fargarson
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

Sara Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Honorable J. Breen
US DISTRICT COURT