# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| JAMIE HAMILTON, et ux., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 97-1261 B/An |
| ) | |
| GARY MYERS, et al., ) | |
| ) | |
| Defendants. ) | |

and

| | |
|---|---|
| GARY ARNETT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 98-1263 B/An |
| ) | |
| GARY MYERS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER SETTING STATUS CONFERENCE

**IT IS ORDERED** that a telephone status conference in this matter should be held before United States Magistrate Judge S. Thomas Anderson on **TUESDAY, JUNE 21, 2005 at 10:30 A.M.** Counsel for the Defendants shall initiate the conference call and shall insure that all counsel of record in both cases 97-1261 and 98-1263 are on the telephone prior to dialing Judge Anderson's chambers in Jackson, Tennessee.

The purpose of this telephone conference will be to discuss the status of settlement discussions, whether a ruling on any pending motions would likely aid or hinder the prospects for

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 6/8/05

settlement, and to establish pre-settlement conference procedures.

**IT IS SO ORDERED**.

*S. Thomas Anderson* (signature)
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 06, 2005

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 205 in case 1:98-CV-01263 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Charles H. Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Robert M. Fargarson
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

Sara Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Honorable J. Breen
US DISTRICT COURT