# IN THE U.S. DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| GARY ARNETT, SHELLY ARNETT, and JOHN PAUL ARNETT, by next friend, GARY ARNETT, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| VS. | ) ) | NO. 98-1263-B |
| GARY MYERS, as executive director of the Tennessee Wildlife Resources Agency, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

This date came the Plaintiffs and the Defendants in the captioned cause by and through their counsel of record and stated to the Court that all issues under the original Complaint have been resolved by way of compromise, and they jointly request that the Court enter an Order of Dismissal with Prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that the within action be and the same is hereby dismissed with prejudice and statutory costs of this cause are taxed to the Defendants upon which execution may issue.

Entered this the 10th day of October, 2006.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

6513-1 CHB; Page 1

APPROVED FOR ENTRY:

/s Robert M. Fargarson
Robert M. Fargarson
Attorney for Plaintiffs
65 Union Ave., 9th Floor
P. O. Drawer 3543
Memphis, TN 38173-0543

/s Charles H. Barnett, III
Charles H. Barnett, III – 008721
Sara E. Barnett – 021379
Attorney for Defendants
P.O. Box 2004
Jackson, TN 38302-2004
731-424-0461