*UNITED STATES DISTRICT COURT*
# *WESTERN DISTRICT OF TENNESSEE*
# *EASTERN DIVISION*

---

| | |
|---|---|
| **GARY ARNETT, SHELLY ARNETT,** and **JOHN PAUL ARNETT, by next friend, GARY ARNETT,** | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiffs,** | |
| v. | |
| **GARY MEYERS, as executive director of** the Tennessee Wildlife Resources Agency, et al., | **CASE NO: 1:98-1263-B** |
| **Defendants.** | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal With Prejudice entered on October 10, 2006, this cause is hereby dismissed with prejudice, and statutory costs are taxed to the defendants, Gary Meyers, as executive director of the Tennessee Wildlife Resources Agency, et al.

**APPROVED:**

**s/ J. Daniel Breen**
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| **October 11, 2006** | **Thomas M. Gould** |
| **Date** | **Clerk of Court** |
| | **s/ T. Elchlepp** |
| | **(By)  Deputy Clerk** |